UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GPS INDUSTRIES, LLC,

    Plaintiff,

v.                          CASE NO. 8:09-CV-2507-T-17MAP

BRIAN K. LEWIS,

    Defendant.

_____/

ORDER

This cause is before the Court on:
Dkt. 35 Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation (Dkt. 35) on the Motion for Preliminary Injunction (Dkt. 3), in which it is recommended that the Motion for Preliminary Injunction be denied.

The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 35) is **adopted and incorporated** by reference. It is further

**ORDERED** that the Motion for Preliminary Injunction (Dkt. 3) is **denied.**

Case No. 8:09-CV-2507-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 1st day of March, 2010.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record